FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC -7 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:16CR 00278 SWW |
| ) | |
| v. ) | 18 U.S.C. § 2118(b), (d) |
| ) | |
| ALBERT RAY FERGUSON, JR. ) | |
| TRISTIAN DAVANTE DUPLECHIN ) | |
| CORRY WAYNE CORNETT and ) | |
| CORY JERMAINE LEWIS ) | |

## INDICTMENT

### COUNT 1

At all times material to this Indictment:

A. Health-Way is a pharmacy operating at 1903 West Dewitt Henry Drive, Beebe, Arkansas that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

B. On or about February 25, 2016, in the Eastern District of Arkansas and elsewhere,

ALBERT RAY FERGUSON, JR.
TRISTIAN DAVANTE DUPLECHIN
CORRY WAYNE CORNETT and
CORY JERMAINE LEWIS

did voluntarily and intentionally conspire with each other and others known and unknown to the grand jury to travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Health-Way pharmacy without authority with the intent to steal any material or compound therein containing a controlled substance, and in furtherance of the conspiracy,

1

THRISTIAN DAVANTE DUPLECHIN and CORRY WAYNE CORNETT broke the glass of the pharmacy's front door and entered the pharmacy, thereafter removing bottles containing controlled substances from the pharmacy shelves, in violation of Title 18, United States Code, Section 2118(b).

All in violation of Title 18, United States Code, Section 2118(d).

## COUNT 2

At all times material to this Indictment:

    A. Health-Way is a pharmacy operating at 1903 West Dewitt Henry Drive, Beebe, Arkansas that is engaged in the dispensing of controlled and non-controlled substances in interstate commerce and is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act, Title 21, United States Code, Section 822.

    B. On or about February 25, 2016, in the Eastern District of Arkansas,

TRISTIAN DAVANTE DUPLECHIN and CORRY WAYNE CORNETT

did voluntarily and intentionally travel in interstate commerce and use a facility of interstate commerce to facilitate entering the Health-Way pharmacy without authority with the intent to steal any material or compound therein containing a controlled substance, in violation of Title 18, United States Code, Section 2118(b).

**[END OF TEXT SIGNATURE PAGE TO FOLLOW]**